# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BILLY JOE BLEDSOE**
**ADC #090894**                                                                                           **PLAINTIFF**

**V.**              **CASE NO. 2:16-CV-00123-KGB-BD**

**TINA MAXWELL, et al.**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 2nd day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE